**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CHARLES WAYNE UPTERGROVE,<br><br>      Defendant. | No. 1:10-cv-01598-RMW<br><br>JUDGMENT |

    The court having reviewed this matter and for good cause shown, it is hereby ordered:

1.    The United States' motion for default judgment is granted and judgment for the United States is entered on all claims;

2.    The following UCC Financing Statements are declared null, void, and of no legal effect, and the Secretary of State of California is hereby directed to expunge the following UCC Financing Statements from her records:

    a.    Document Number 24011070003, Filing Number 10-7223172570, filed by Charles Wayne Uptergrove on February 18, 2010, against Victoria C. Minor, Clerk of the Court for the Eastern District of California;

JUDGMENT—No. 1:10-cv-01598-RMW
WW

      b.      Document Number 24011070002, Filing Number 10-7223170295, filed by Charles Wayne Uptergrove on February 18, 2010, against Richard G. Heltzel, Clerk of the Bankruptcy Court for the Eastern District of California (now retired);

      c.      Document Number 25150410002, Filing Number 10-7233348364, filed by Charles Wayne Uptergrove on May 29, 2010, against Victoria C. Minor, Clerk of the Court for the Eastern District of California.

3.     Leave is granted for plaintiff to file the judgment and order of this court with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to the above specified UCC Financing Statements have or may have been filed by defendant;

4.     Defendant Charles Wayne Uptergrove, or anyone acting on his behalf, is permanently enjoined from filing any papers similar to those alleged in the complaint, including non-consensual liens or encumbrances without validity or basis in law or fact, and non-meritorious pleadings arising from his unpaid taxes and tax liens that resulted in the foreclosure of the Chowchilla property. This injunction does not prevent defendant from applying to any state or federal court of competent jurisdiction in order to obtain relief for any non-frivolous legal claims or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.

     The Clerk is directed to enter judgment and close the case.

     SO ORDERED.

DATED:    2/24/12

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge